**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**  CASE NO.: 6:22-bk-02889-TPG

**AMERICAN EQUITY ADVISORY**  CHAPTER 11
**GROUP, LLC,**

    **Debtor.**
_____/

**NOTICE OF EFFECTIVE DATE**

**AMERICAN EQUITY ADVISORY GROUP, LLC** (the "Debtor") hereby gives notice of the Effective Date of Debtor's Amended Plan of Reorganization filed on November 9, 2022 ("Plan") (Doc. No. 92), and, in support thereof, state as follows:

1. On January 3, 2023, the Court entered an Order Confirming Debtor's Amended Plan of Reorganization (the "Confirmation Order") (Doc. No. 117).

2. Pursuant to the Plan and Confirmation Order, the Effective Date shall not occur until the Debtor files the notice called for under the Plan with the Bankruptcy Court, and such notice shall not be filed until all of the preconditions to the occurrence of the Effective Date set forth in the Plan have been met.

3. As of February 15, 2023, each of the Conditions of Effectiveness of the Plan were satisfied or waived. Thus, in accordance with the terms of the Plan and the Confirmation Order, the Plan became effective on February 15, 2023 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to February 15, 2023.

**DATED** this 15th day of February 2023.

                                            /s/ R. Scott Shuker, Esq.
                                            R. Scott Shuker, Esq.
                                            Florida Bar No. 984469

rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                              CASE NO.: 6:22-bk-02889-TPG

AMERICAN EQUITY ADVISORY            CHAPTER 11
GROUP, LLC,

       Debtor.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF EFFECTIVE DATE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **AMERICAN EQUITY ADVISORY GROUP, LLC**, 250 International Pkwy, Ste. 146, Lake Mary, FL 32746; **SUBCHAPTER V TRUSTEE**, L. Todd Budgen, Esq., Budgen Law, P.O. Box 520546, Longwood, FL 32752; all parties entitled to receive CM/ECF noticing in the ordinary course; and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1120, Orlando, FL 32801 on this 15th day of February 2023.

                                                 /s/ R. Scott Shuker
                                                 R. Scott Shuker, Esq.